No. 1663, Misc. ROSARIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Phylis Skloot Bamberger* and *William E. Hellerstein* for petitioner.

No. 1583, Misc. DUNNINGS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Theodore Krieger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 589, Misc. TRAMMELL *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Burton B. Roberts* and *Daniel J. Sullivan* for respondent.

No. 1593, Misc. COMBS *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert B. Fiske, Jr.,* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Hillel Hoffman,* Assistant Attorney General, for respondent.

No. 1630, Misc. ROBINSON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William R. Bascom* for petitioner.

No. 1019, Misc. GOOD *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to amend petition or in the alternative to file a supplemental brief granted. Certiorari denied. *Clyde W. Woody* and *Marian S. Rosen* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.